■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY R. BAKER, Appellant. [1 NYS3d 873]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered September 4, 2013. The judgment revoked a sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.